UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| PRESTON LEWIS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 22-4007 |
| JONATHAN FRIEDMAN, ET AL | SECTION: "P" (2) |

## ORDER

The Court, having considered the operative complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendations (R. Doc. 196), and Plaintiff Preston Lewis's Objections thereto (R. Doc. 204), hereby approves the Report and Recommendations of the Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim (R. Doc. 170) filed by Defendant Melvin Zeno is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims against Melvin Zeno are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Insufficient Service of Process (R. Doc. 161) filed by Defendant Melvin Zeno is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23rd day of September 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**