# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4007** |
| **JONATHAN FRIEDMAN, ET AL.** | **SECTION: "P" (2)** |

## ORDER

The Court, having considered the operative complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendations (R. Doc. 195), and Plaintiff Preston Lewis's Objections thereto (R. Doc. 203), hereby approves the Report and Recommendations of the Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Defendant Office of National Drug Control Policy's ("ONDCP") Motion to Dismiss (R. Doc. 169) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff's claims against the High Intensity Drug Trafficking Areas program ("HIDTA") are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. §§ 1983, 1985, and *Bivens* claims against ONDCP are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's ADA claims against ONDCP are **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's FTCA and Rehabilitation Act claims against ONDCP are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 18th day of March 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**