UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4007** |
| **JONATHAN FRIEDMAN, ET AL.** | **SECTION: "P" (2)** |

## ORDER

The Court, having considered the operative complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendations (R. Doc. 197), and Plaintiff Preston Lewis's Objections thereto (R. Doc. 205), hereby approves the Report and Recommendations of the Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Defendant Clerk of Court, Orleans Parish's Motion to Dismiss for Failure to State a Claim (R. Doc. 183) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. §§ 1983, 1985, ADA, the Rehabilitation Act, and state law tort claims against the Orleans Parish Criminal Clerk of Court's Office (i.e., the non-juridical entity) are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Clerk of Court, Orleans Parish for violations of the due process clause of the Fourteenth Amendment and Fifth Amendment are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Clerk of Court, Orleans Parish for violations of his First, Fourth, Sixth, Seventh, and Eighth Amendment rights are **DISMISSED WITH PREJUDICE**, but that Plaintiff is permitted to amend his

complaint within 14 days to the extent Plaintiff can allege facts necessary to support such claims.

**IT IS FURTHER ORDERED** that Plaintiff's § 1985 conspiracy claims against Clerk of Court, Orleans Parish are **DISMISSED WITH PREJUDICE**, but that Plaintiff is permitted to amend his complaint within 14 days to the extent Plaintiff can allege facts necessary to support such claims.

**IT IS FURTHER ORDERED** that Plaintiff's ADA, Rehabilitation Act, and state law tort claims against Clerk of Court, Orleans Parish are permitted to proceed at this time, as the Clerk of Court's motion to dismiss did not address these claims.

New Orleans, Louisiana, this 18th day of March 2025.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**