**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRESTON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4007** |
| **JONATHAN FRIEDMAN, ET AL.** | **SECTION: "P" (2)** |

## ORDER

The Court, having considered the operative complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendations (R. Doc. 198), and Plaintiff Preston Lewis's Objections thereto (R. Doc. 206), hereby approves the Report and Recommendations of the Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Defendants Blaise D'Antoni, Randy Hoth, and Alexandra Giavotella's Motion to Dismiss (R. Doc. 186) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against D'Antoni, Hoth, and Giavotella in their individual capacities and all ADA/Rehabilitation Act claims against D'Antoni, Hoth, and Giavotella are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against D'Antoni, Hoth, and Giavotella in their official capacities are **DISMISSED WITH PREJUDICE**, but that Plaintiff is permitted to amend his complaint within 14 days to allege facts in support of the assertion that any of the OPDA Defendants is a final parish policymaker and identify the policy or custom which allegedly caused the deprivation of his constitutional rights.

**IT IS FURTHER ORDERED** that Plaintiff's state law tort claims and § 1985 claims against D'Antoni, Hoth, and Giavotella are permitted to proceed at this time, as the motion to dismiss filed by D'Antoni, Hoth, and Giavotella did not address these claims.

New Orleans, Louisiana, this 18th day of March 2025.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**