**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PRESTON LEWIS** | **CIVIL ACTION NO. 2:22-CV-4007-DJP-MBN** |
| **VERSUS** | **JUDGE DARREL J. PAPILLION** |
| **JONATHAN FRIEDMAN ET AL.** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **FILED:**________________________ | ________________________<br>**DEPUTY CLERK** |

**NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) AND RAYMOND DELVALLE'S OPPOSITION TO PLAINTIFF'S RULE 60(b)(4) AND 60(b)(6) MOTIONS FOR RELIEF FROM JUDGMENT**

Defendants National Railroad Passenger Corporation (Amtrak) and Raymond DelValle (collectively "Amtrak Defendants") respectfully submit this Opposition to Plaintiff's Rule 60(b)(4) and 60(b)(6) Motions for Relief from Judgment (R. Docs. 272 and 273). Plaintiff's motions seek relief from this Court's September 23, 2024 order dismissing his claims against the Amtrak Defendants with prejudice. R. Doc. 208. Critically, however, Rule 60 applies only to final judgments, and there is no final judgment in this case. *See Ortiguerra v. Grand Isle Shipyard*, LLC, 800 F. Supp. 3d 680, 683 (E.D. La. 2025) (*citing S. Snow Mfg. Co. v. SnoWizard Holdings, Inc.*, 921 F. Supp. 2d 548, 563–64 (E.D. La. 2013).

Even if Plaintiff's motions were procedurally proper, Plaintiff has failed to articulate any valid basis for relief from this Court's judgment dismissing all claims against the Amtrak Defendants. The Court appropriately found that Plaintiff's claims against the Amtrak Defendants under 42 U.S.C. § 1983, the ADA, the Rehabilitation Act, and Louisiana tort law were prescribed

as a matter of law. R. Doc. 208. The Court further found that Plaintiff could not state a cognizable § 1985 claim against the Amtrak Defendants. R. Doc. 208 at p. 2. Plaintiff has presented no new facts or arguments which would now breathe life into these long-dismissed claims.

Because Plaintiff's motions are procedurally improper and fail to set forth any grounds which would warrant setting aside this Court's September 23, 2024 order dismissing the Amtrak Defendants from this case with prejudice, Plaintiff's motions must be denied.[1]

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

BY: *<u>/s/ Victoria E. Terranova</u>*
TIMOTHY F. DANIELS (La. #16878)
KELLY JUNEAU ROOKARD (La. #30573)
CARLOS A. BENACH (La. #36797)
VICTORIA E. TERRANOVA (La. #40072)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 7013
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
tdaniels@irwinllc.com
cbenach@irwinllc.com
vterranova@irwinllc.com

*Counsel for National Railroad*
*Passenger Corporation (AMTRAK)*
*And Raymond DelValle*

[1] Lewis's continued frivolous motion practice seeking to relitigate issues that have already been resolved by this Court appears to be in direct violation of 28 U.S. Code § 1927. These unreasonable costs should not be incurred by defendants, especially those that have already been dismissed from this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2026 a copy of the above and foregoing notice was served electronically using the CM/ECF system. I further certify that a copy of the foregoing was served on Non-CM/ECF participant Preston Lewis by mailing same via Federal Express, properly addressed, to the following recipient:

Preston Lewis
5 De Luna Drive
Pensacola, Florida, 32506

*/s/ Victoria E. Terranova*
Victoria E. Terranova